COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Elizabeth Dauz v. Xochitl Valdez, Frontier Title Company-WH, L.L.C., Thai Klam, Team 360, LLC, Himarani Sivarajan

Appellate case number:   01-15-00831-CV

Trial court case number:  2014-29743

Trial court:             125th District Court of Harris County

On February 2, 2017, the above-referenced appeal was stayed due to bankruptcy. *See* 11 U.S.C. § 362(a); TEX. R. APP. P. 8.1, 8.2. On July 16, 2018, the appellant, Elizabeth Dauz, filed a motion to reinstate the appeal and attached an order from the United States Bankruptcy Court granting Dauz leave from the automatic stay to pursue her appeal in this Court.

Accordingly, we **GRANT** Dauz's motion and **REINSTATE** this case on the Court's active docket. *See* TEX. R. APP. P. 8.3(a).

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                   ☑ Acting individually    ☐ Acting for the Court


Date: July 27, 2018